UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY CAMACHO,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | NO. CV-10-3097-JPH<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on January 25, 2012 **(ECF No. 25)**, recommending the parties' Stipulated Motion for an Order of Remand (ECF No. 24) be **granted.** The deadline for filing objections has passed. No objections have been filed.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED**

The Report and Recommendation **(ECF No. 25)** to grant the parties' Stipulated Motion and Order of Remand pursuant to sentence four of 42 U.S.C. § 405(g)(ECF No. 24) is **ADOPTED in its entirety.**

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  **IT IS SO ORDERED.**  The District Court Executive is directed
2  to enter this Order, enter judgment for Plaintiff, forward copies
3  to the parties and Magistrate Judge Hutton, and close the file.
4      DATED this 9th day of February, 2012.

                                    *s/Lonny R. Suko*
                            _____
                                LONNY K. SUKO
                            UNITED STATES DISTRICT COURT

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ADOPTING REPORT AND RECOMMENDATION - 2