# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

MARY CAMACHO,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )        NO.  CV-10-3097-JPH
             vs.                                 )
                                                 )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                               )         **CIVIL CASE**
Commissioner of Social Security,                 )
                                                 )
                    Defendant.                   )
_____                )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this  9th  day of  February, 2012.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk


                                        by: __s/ Karen White_____
                                                 Deputy Clerk

cc: all counsel