UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY CAMACHO, ) | NO. CV-10-3097-JPH |
| ) | |
| ) | ORDER ADOPTING REPORT |
| Plaintiff, ) | AND RECOMMENDATION |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on May 23, 2012, **ECF No. 33**, recommending the Court **grant** Plaintiff's motion for an award of attorney fees pursuant to the EAJA, ECF No. 28. No objections have been filed.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED:**

The Report and Recommendation, **ECF No. 33**, to grant Plaintiff's Motion for Attorney Fees pursuant to the EAJA, ECF No. 28, is **ADOPTED in its entirety.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 14th day of June, 2012.

*s/Lonny R. Suko*
_____
LONNY K. SUKO
UNITED STATES DISTRICT COURT

ORDER ADOPTING REPORT AND RECOMMENDATION - 1